IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRY DAVID KLINE**  :  Petitioner  : | Civil Action No. 1:15-cv-85 |
| : | |
| v.  : | (Judge Kane) |
| : | |
| **MICHAEL WENEROWICZ,**  : Superintendent  : Respondent  : | (Magistrate Judge Mehalchick) |

## ORDER

Before the Court in the above-captioned action is an October 28, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed. **ACCORDINGLY**, this 23rd day of November, 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 10) of Magistrate Judge Mehalchick.

2) The Petition for Writ of Habeas Corpus (Doc. No. 1), is **DENIED**.

3) The Clerk of Court shall **CLOSE** this case.

*S/ Yvette Kane*
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania